UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASIL LEON HUBLEY, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendant. | CASE NO. 3:24-cv-05268-JHC-BAT <br><br> **ORDER DENYING SECOND MOTION FOR COUNSEL** |

Before the Court is Plaintiff's second motion for appointment of counsel. Dkt. 19. Plaintiff first moved for appointment of counsel on May 9, 2024. Dkt. 5. The Court denied this motion on May 24, 2024. Dkt. 10. Plaintiff's second motion for counsel contains no new information that supports reconsideration of the Court's order denying counsel. The Court accordingly **ORDERS**:

1. Plaintiff's second motion for counsel is **DENIED.** Dkt. 19.

2. The Clerk shall provide a copy of this order to the parties.

DATED this 1st day of July, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING SECOND MOTION FOR COUNSEL - 1