# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ASIL LEON HUBLEY,<br><br>                       Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>                       Defendants. | NO. 3:24-cv-05268-JHC<br><br>ORDER GRANTING MOTION TO STAY PENDING DISTRICT COURT'S CONSIDERATION OF MAGISTRATE'S REPORT AND RECOMMENDATION |

      The Court, having reviewed Defendants' Motion to Stay Pending District Court's Consideration of Magistrate's Report and Recommendation, Dkt. # 23, and the records and files herein, does hereby find and **ORDER**:

      1.    Defendants' Motion to Stay Pending District Court's Consideration of Magistrate's Report and Recommendation, which is unopposed (*see* LCR 7(b)(2)), is **GRANTED**.

ORDER GRANTING MOTION TO STAY
PENDING DISTRICT COURT'S
CONSIDERATION OF MAGISTRATE'S
REPORT AND RECOMMENDATION
No. 3:24-cv-05268-JHC

1

2. The Deadline for Defendants' Answer will be stayed until this Court adopts the Report and Recommendation and Hubley pays the filing fee or this Court rejects or modifies the Report and Recommendation.

DATED this 31st day of July, 2024.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER GRANTING MOTION TO STAY
PENDING DISTRICT COURT'S
CONSIDERATION OF MAGISTRATE'S
REPORT AND RECOMMENDATION
No. 3:24-cv-05268-JHC

2