UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASIL LEON HUBLEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON DEPATMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 24-cv-5268-JHC<br><br>**ORDER REVOKING IFP** |

　　　Having reviewed *de novo* the Report and Recommendation (R&R) of the assigned United States Magistrate Judge, Dkt. # 22, and the record, the Court ORDERS:

　　　(1)　Plaintiff has not filed an objection to the R&R.  The Court agrees with the R&R.  Plaintiff has three prior strikes and does not show imminent danger of physical harm.  Thus, the Court ADOPTS the R&R.  Plaintiff shall pay the filing fee within 14 days of this order or the case will automatically be dismissed.

　　　(2)　The clerk shall note Plaintiff is subject to the three strikes rule under 28 U.S.C. § 1915(g).

　　　(3)　The Clerk shall provide copies of this Order to the parties.

/

ORDER REVOKING IFP - 1

1    Dated this 2nd day of August, 2024.

                                                   JOHN H. CHUN
                                                   United States District Judge

ORDER REVOKING IFP - 2